IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICHARD LEE WALKER,

       Appellant,

 v.

       Case No.  5D21-2207
       LT Case Nos. 2020-00816-CF-54
                  2021-00306-CF-54

STATE OF FLORIDA,

       Appellee.
_____/

Opinion filed August 5, 2022

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Matthew J. Metz, Public Defender,
and Edward J. Weiss and Allison A.
Havens, Assistant Public Defenders,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

In this *Anders*[1] appeal, we affirm the judgments and sentences imposed by the trial court in two cases below following Appellant's open nolo contendere plea. However, we remand with directions to the trial court to enter an amended or corrected judgment in each case to correct the following clerical errors.

First, in circuit court case number 2021-306-CF, the judgment should reflect the correct statutory citation of section 843.23(2)(a), Florida Statutes, on the sole count. Second, in circuit court case number 2020-816-CF, the trial court orally announced that the sentences on all four counts in the case were to be served concurrently. The written judgment and sentence do not adequately reflect this pronouncement.[2]

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

[2] The section of the written judgment and sentence addressing how the sentences for each count are to be served is in the aggregate and not separated by count. However, as shown below, the judgment then arguably attempts to treat count IV separately; but it does not make clear that the sentence in count IV is to run concurrently with the sentences set forth in counts I, II, and III:

Consecutive/Concurrent As To Other Counts

  XX   It is further ordered that the sentence imposed for this count shall run (check one):
___ Consecutive to _CT II & III_ Concurrent with sentence set forth in Count _I_ of this case.

2

AFFIRMED; REMANDED with directions.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.